1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6      Social Security Administration
       160 Spear St., Suite 800
7      San Francisco, CA  94105
8      Telephone: (415) 977-8962
       Facsimile: (415) 744-0134
9      Email: Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

```
FILED
CLERK, U.S. DISTRICT COURT

MAR -3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROSA MARIA VARGAS,          ) | No.: 2:13-cv-02116-E |
|                             ) | |
| Plaintiff,                  ) | [PROPOSED] |
|                             ) | ORDER AWARDING EQUAL |
| v.                          ) | ACCESS TO JUSTICE ACT |
|                             ) | ATTORNEY FEES AND |
| CAROLYN W. COLVIN, Acting   ) | EXPENSES PURSUANT TO |
| Commissioner of Social Security, ) | 28 U.S.C. § 2412(d) |
|                             ) | |
| Defendant.                  ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $3,500.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: 3/3/14

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE